| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Hornby, D.Brock | 2. Court or Organization<br><br>District of Maine | 3. Date of Report<br><br>04/16/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge (senior status) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>United States District Court<br>156 Federal Street<br>Portland, ME 04101 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executor of Estate - appointed 05/26/2017; final disposition May 2018 | Family Member #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | self-employed in management consulting, rental property, and jewelry-making |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Ass'n | 03/23/18 to 03/25/18 | New York, NY | Attend Dinner Honoring the Federal Judiciary | paid travel, lodging and meal expenses |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America accounts | A | Interest | P1 | T | | | | | |
| 2. Ally Bank accounts | A | Interest | K | T | | | | | |
| 3. Synchrony Bank | C | Interest | M | T | | | | | |
| 4. CIT Bank | C | Interest | M | T | | | | | |
| 5. U.S. Savings Bonds | | None | L | T | | | | | |
| 6. Maine State Turnpike Auth'y bonds | C | Interest | L | T | | | | | |
| 7. Maine Health & Higher Edu. Facs. Auth'y bonds | E | Interest | N | T | Redeemed (part) | 01/02/18 | J | | |
| 8. | | | | | Redeemed (part) | 01/13/18 | J | | |
| 9. | | | | | Buy (add'l) | 03/18/18 | L | | |
| 10. | | | | | Redeemed (part) | 07/02/18 | K | | |
| 11. | | | | | Sold (part) | 11/14/18 | L | | |
| 12. Bangor ME bonds | B | Interest | K | T | | | | | |
| 13. Portland ME Airport bonds | B | Interest | L | T | | | | | |
| 14. Commonwealth of Puerto Rico bonds | C | Interest | L | T | | | | | |
| 15. Univ. of Maine System bonds | C | Interest | M | T | | | | | |
| 16. Puerto Rico Elec. Power Auth'y bonds | A | Interest | K | T | | | | | |
| 17. Puerto Rico Aqueduct & Sewer Auth'y bonds | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Lewiston, ME public improvement bond | A | Interest | K | T | | | | | |
| 19. ME Gov't Facilities Auth'y bond | A | Interest | K | T | | | | | |
| 20. Virgin Islands Public Fin. Auth'y bond | B | Interest | K | T | | | | | |
| 21. South Portland, ME bond | A | Interest | K | T | | | | | |
| 22. Falmouth, ME bond | A | Interest | K | T | | | | | |
| 23. Allen County Hospital Facilities bond | B | Interest | | | Sold | 11/14/18 | K | | |
| 24. Washington State Health Care bond | B | Interest | K | T | | | | | |
| 25. Indiana Fin. Auth'y Health System bond | B | Interest | | | Sold | 11/13/18 | K | | |
| 26. Nuveen High Yield Muni Bond Fund | D | Interest | | | Buy (add'l) | 07/16/18 | L | | |
| 27. | | | | | Sold | 11/14/18 | M | | |
| 28. PA State Tpke bond | B | Interest | | | Sold | 11/14/18 | K | | |
| 29. PA State Gen. Purpose bond | B | Interest | | | Sold | 11/13/18 | K | | |
| 30. MA Gen'l Obligation bond | | None | M | T | Buy | 11/13/18 | K | | |
| 31. Nuveen All American Municipal bond | A | Interest | M | T | Buy | 11/14/18 | M | | |
| 32. Oppenheimer Rochester High Yield Municipal bond | A | Interest | M | T | Buy | 11/14/18 | M | | |
| 33. RBC Wealth Mgt money mkt acct | A | Interest | J | T | | | | | |
| 34. T. Rowe Price Mutual Int'l Stock Funds | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brokerage Acct T. Rowe Price | | | | | | | | | |
| 36. -Cash Management Account | B | Interest | M | T | | | | | |
| 37. -com stk General Electric Co. | A | Dividend | | | Sold | 01/19/18 | J | | |
| 38. -ADR Diageo PLC new | A | Dividend | J | T | | | | | |
| 39. -Vanguard Group Mutual Funds | | | | | | | | | |
| 40. ---Balanced Index Fund | A | Dividend | K | T | | | | | |
| 41. ---Value Index Fund | A | Dividend | L | T | | | | | |
| 42. ---Inflation Protected Security Inv | A | Dividend | K | T | | | | | |
| 43. ---Strategic Equity Fund | B | Dividend | K | T | | | | | |
| 44. ---Developed Mkts Index Fund | A | Dividend | J | T | | | | | |
| 45. -Alpine Funds | | | | | | | | | |
| 46. ---International Real Estate | | None | | | Sold | 01/19/18 | K | | |
| 47. ---Aberdeen Income Bldg Fund formerly Alpine Rising Div. Fund | B | Dividend | K | T | | | | | |
| 48. thru merger | | | | | | | | | |
| 49. -Bridgeway Ultra-Small Company Mkt Fund | D | Dividend | | | Sold | 12/28/18 | K | | |
| 50. -Matthews Asian Funds | | | | | | | | | |
| 51. ---Asia Growth Investor | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. ---India | D | Dividend | K | T | | | | | |
| 53. -The Fairholme Fund | | None | | | Sold | 01/19/18 | L | | |
| 54. -com stk Illinois Tool Works | A | Dividend | K | T | | | | | |
| 55. -iShares MSCI Mexico Capped ETF | | None | | | Sold | 01/19/18 | K | | |
| 56. -Facebook Inc. | | None | | | Buy | 07/18/18 | L | | |
| 57. | | | | | Sold | 12/06/18 | K | | |
| 58. Vanguard Standard & Poor 500 Index Fund | B | Dividend | K | T | Buy | 03/06/18 | K | | |
| 59. | | | | | Buy (add'l) | 06/26/18 | K | | |
| 60. | | | | | Buy (add'l) | 11/14/18 | K | | |
| 61. Vanguard Account | | | | | | | | | |
| 62. -Vanguard Money Mkt Fund | D | Dividend | O | T | | | | | |
| 63. -Vanguard Global Capital Cycles Fund formerly Precious Metals & | A | Dividend | K | T | | | | | |
| 64. Mining Fund | | | | | | | | | |
| 65. -Vanguard Sm Cap Growth Fund | A | Dividend | L | T | | | | | |
| 66. -Vanguard Hi Yld Tax Exempt Fund | D | Dividend | N | T | Buy (add'l) | 01/16/18 | K | | |
| 67. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 68. | | | | | Buy (add'l) | 02/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/16/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 02/20/18 | K | | |
| 70. | | | | | Buy (add'l) | 02/23/18 | M | | |
| 71. | | | | | Buy (add'l) | 02/28/18 | J | | |
| 72. | | | | | Buy (add'l) | 03/06/18 | K | | |
| 73. | | | | | Buy (add'l) | 03/19/18 | K | | |
| 74. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 75. | | | | | Buy (add'l) | 06/26/18 | K | | |
| 76. | | | | | Buy (add'l) | 07/09/18 | K | | |
| 77. | | | | | Buy (add'l) | 07/30/18 | K | | |
| 78. -Vanguard Developing Mkts Index Fund | B | Dividend | | | Buy (add'l) | 02/14/18 | J | | |
| 79. | | | | | Buy (add'l) | 06/26/18 | K | | |
| 80. | | | | | Sold | 12/28/18 | K | | |
| 81. -Vanguard Europe Stock Index Fund | C | Dividend | | | Buy (add'l) | 03/05/18 | J | | |
| 82. | | | | | Buy (add'l) | 06/26/18 | K | | |
| 83. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 84. | | | | | Sold | 12/28/18 | K | | |
| 85. -Vanguard Extended Mkt Index Fund | B | Dividend | | | Sold | 12/28/18 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Vanguard Total Stock Mkt Index Fund | C | Dividend | M | T | Buy (add'l) | 02/14/18 | J | | |
| 87. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 88. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 89. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 90. | | | | | Buy (add'l) | 06/19/18 | J | | |
| 91. | | | | | Buy (add'l) | 12/18/18 | K | | |
| 92. -Vanguard Health Care | F | Dividend | O | T | Buy (add'l) | 02/23/18 | O | | |
| 93. -Vanguard Global Wellington | B | Dividend | L | T | Buy (add'l) | 01/16/18 | J | | |
| 94. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 95. -Vanguard Prime Money Mkt | C | Dividend | N | T | Buy (add'l) | 05/24/18 | L | | |
| 96. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 97. | | | | | Buy (add'l) | 07/18/18 | L | | |
| 98. | | | | | Buy (add'l) | 09/24/18 | K | | |
| 99. | | | | | Buy (add'l) | 11/16/18 | K | | |
| 100. -Vanguard Balanced Index Fund | D | Dividend | N | T | Buy | 02/23/18 | O | | |
| 101. -Vanguard Emerging Mkts Index Fund | D | Dividend | N | T | Buy | 02/23/18 | M | | |
| 102. | | | | | Buy (add'l) | 03/19/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/16/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 04/09/18 | J | | |
| 104. | | | | | Buy (add'l) | 05/02/18 | K | | |
| 105. | | | | | Buy (add'l) | 06/26/18 | K | | |
| 106. | | | | | Buy (add'l) | 09/14/18 | K | | |
| 107. | | | | | Buy (add'l) | 12/28/18 | K | | |
| 108. -Vanguard 500 Index Fund | E | Dividend | O | T | Buy | 02/23/18 | O | | |
| 109. | | | | | Buy (add'l) | 02/28/18 | J | | |
| 110. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 111. | | | | | Buy (add'l) | 04/09/18 | J | | |
| 112. | | | | | Buy (add'l) | 05/02/18 | K | | |
| 113. | | | | | Buy (add'l) | 05/24/18 | K | | |
| 114. | | | | | Buy (add'l) | 06/19/18 | J | | |
| 115. | | | | | Buy (add'l) | 10/15/18 | K | | |
| 116. | | | | | Buy (add'l) | 10/25/18 | K | | |
| 117. | | | | | Buy (add'l) | 12/18/18 | K | | |
| 118. -Vanguard Short Term Treasury Index Fund | B | Dividend | M | T | Buy | 05/14/18 | J | | |
| 119. | | | | | Buy (add'l) | 06/26/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 06/27/18 | L | | |
| 121. | | | | | Buy (add'l) | 07/30/18 | K | | |
| 122. -Vanguard Small Cap Value Fund | D | Dividend | N | T | Buy | 02/23/18 | N | | |
| 123. | | | | | Buy (add'l) | 06/26/18 | K | | |
| 124. | | | | | Buy (add'l) | 09/14/18 | K | | |
| 125. -Vanguard Tax Managed Cap. Apprec. Fund | A | Dividend | L | T | Buy | 07/09/18 | K | | |
| 126. | | | | | Buy (add'l) | 07/30/18 | K | | |
| 127. -Vanguard Int'l Stock Index Fund | B | Dividend | L | T | Buy | 11/09/18 | L | | |
| 128. -Vanguard Int'l Value Fund | B | Dividend | K | T | Buy | 07/09/18 | K | | |
| 129. -Vanguard Value Index Fund | E | Dividend | O | T | Buy | 02/23/18 | O | | |
| 130. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 131. | | | | | Buy (add'l) | 05/02/18 | K | | |
| 132. | | | | | Buy (add'l) | 06/25/18 | K | | |
| 133. | | | | | Buy (add'l) | 06/26/18 | K | | |
| 134. -Vanguard Intermediate Term Tax Exempt Fund | C | Dividend | M | T | Buy | 03/05/18 | M | | |
| 135. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 136. | | | | | Buy (add'l) | 09/14/18 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Vanguard FTSE Emerging ETF Fund | | None | K | T | Buy | 12/28/18 | K | | |
| 138. -com stk Myriad Genetics | | None | J | T | | | | | |
| 139. -com stk Sprint Corp. | | None | J | T | Buy (add'l) | 07/09/18 | J | | |
| 140. -com stk Albemarle Corp. | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 141. -com stk Applied Materials Inc. | A | Dividend | K | T | Buy | 09/21/18 | K | | |
| 142. -com stk Catchmark Timber Trust | B | Dividend | | | Buy | 01/03/18 | K | | |
| 143. | | | | | Buy (add'l) | 01/16/18 | J | | |
| 144. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 145. | | | | | Buy (add'l) | 06/13/18 | J | | |
| 146. | | | | | Sold | 11/16/18 | K | | |
| 147. -com stk Cypress Semiconductor | A | Dividend | K | T | Buy | 04/05/18 | J | | |
| 148. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 149. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 150. -com stk Helmerich & Payne Inc. | A | Dividend | K | T | Buy | 07/17/18 | K | | |
| 151. -ETF Ishares Australia | B | Dividend | L | T | Buy | 09/21/18 | K | | |
| 152. | | | | | Buy (add'l) | 10/05/18 | K | | |
| 153. -com stk Pembina Pipeline Corp. | A | Dividend | J | T | Buy | 03/15/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/16/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -com stk Pulte Group Inc. | A | Dividend | K | T | Buy | 09/24/18 | K | | |
| 155.  -San Juan Basin Royalty Trust | A | Dividend | | | Buy | 01/04/18 | J | | |
| 156. | | | | | Buy (add'l) | 02/06/18 | J | | |
| 157. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 158. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 159. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 160. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 161. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 162. | | | | | Sold | 12/28/18 | K | | |
| 163.  -com stk Snap Inc Cl. A | | None | | | Buy | 04/05/18 | J | | |
| 164. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 165. | | | | | Sold | 11/16/18 | J | | |
| 166.  -com stk Solgold PLC | | None | J | T | Buy | 01/03/18 | J | | |
| 167.  -ltd ptsp Suncoke Energy Partners LP | B | Dividend | K | T | Buy | 01/03/18 | K | | |
| 168. | | | | | Buy (add'l) | 01/04/18 | J | | |
| 169.  -com stk Tinka Resources Ltd | | None | J | T | Buy | 01/03/18 | J | | |
| 170. | | | | | Buy (add'l) | 01/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/16/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 172. | | | | | Buy (add'l) | 05/03/18 | J | | |
| 173. -com stk TJX Cos Inc. New | | None | K | T | Buy | 12/28/18 | K | | |
| 174. -com stk Yamana Gold | A | Dividend | J | T | Buy | 02/16/18 | J | | |
| 175. -CD BNY Mellon | | None | K | T | Buy | 05/17/18 | K | | |
| 176. -CD Metabank | | None | K | T | Buy | 07/23/18 | K | | |
| 177. -CD Washington Trust | | None | K | T | Buy | 09/17/18 | K | | |
| 178. -CD Morgan Stanley Bank | A | Interest | K | T | Buy | 05/14/18 | K | | |
| 179. -CD Wells Fargo Bank | A | Interest | K | T | Buy | 05/21/18 | K | | |
| 180. Ser. B pref stk Bonti, Inc. | | None | | | Buy (add'l) | 02/16/18 | L | | Bonti, Inc. |
| 181. | | | | | Sold | 10/26/18 | N | G | Allergan Sales LLC |
| 182. IRA Brokerage Acct T. Rowe Price #1 | | | | | | | | | |
| 183. -Cash Management Acct | A | Interest | K | T | | | | | |
| 184. -com stk Intel Corp. | A | Dividend | K | T | | | | | |
| 185. -com stk Starbucks Corp. | B | Dividend | L | T | | | | | |
| 186. -com stk Popular, Inc. | A | Dividend | J | T | | | | | |
| 187. -Washington REIT | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hornby, D.Brock | 04/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -ETF I Shares MSCI Japan | A | Dividend | J | T | | | | | |
| 189. -mutual Fairholme Fund | A | Dividend | K | T | | | | | |
| 190. -American Campus Communities REIT | B | Dividend | K | T | | | | | |
| 191. -Turkish Investment Fund (See Part VIII. Additional Information) | | None | | | Distributed | 01/17/18 | J | | |
| 192. -Prudent Bear Fund | | None | J | T | | | | | |
| 193. -T. Rowe Price Emerging Europe Fund | A | Dividend | J | T | | | | | |
| 194. -Matthews Korea Fund | B | Dividend | J | T | | | | | |
| 195. -com stk Amazon.com | | None | M | T | | | | | |
| 196. -Wisdom Tree Large Cap Div Fund | C | Dividend | L | T | | | | | |
| 197. -Facebook Inc. | | None | M | T | Sold (part) | 01/23/18 | K | E | |
| 198. -Vanguard S&P Index Fund | A | Dividend | K | T | | | | | |
| 199. -Vanguard Europe Index Fund | A | Dividend | K | T | | | | | |
| 200. IRA Brokerage Acct T. Rowe Price #2 | | | | | | | | | |
| 201. -Cash Management Acct | A | Interest | J | T | | | | | |
| 202. -com stk Invesco QQQ Trust formerly Powershares QQQ | A | Dividend | K | T | | | | | |
| 203. -com stk Immunogen Inc. | | None | J | T | | | | | |
| 204. -U.S. Global Investors Eastern Europe (mutual) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Vanguard REIT Vipers | A | Dividend | J | T | | | | | |
| 206. -com stk Coca Cola | A | Dividend | J | T | | | | | |
| 207. -Vanguard Strategic Equity Fund | A | Dividend | J | T | | | | | |
| 208. -Value Line Fund Inc. | D | Dividend | L | T | | | | | |
| 209. -Prudent Bear Fund | | None | J | T | | | | | |
| 210. -Fidelity Nordic Countries Fund | B | Dividend | J | T | | | | | |
| 211. -I Shares MSCI Japan | A | Dividend | J | T | | | | | |
| 212. -T. Rowe Price Africa & Middle East Fund | A | Dividend | J | T | | | | | |
| 213. -I shares TR S&P Global Infrastructure Index Fund | A | Dividend | J | T | | | | | |
| 214. -Vanguard FTSE All-World ex-US ETF | B | Dividend | K | T | | | | | |
| 215. -Janus Triton Fund | B | Dividend | K | T | | | | | |
| 216. -Parnassus Core Equity Fund fka Parnassus Equity Income Fund | C | Dividend | K | T | | | | | |
| 217. -Vanguard Consumer Staples Fund | A | Dividend | K | T | | | | | |
| 218. Pension Plan Acct. TIAA-CREF #1 (see Part VIII. Add'l Information) | | | | | | | | | |
| 219. -TIAA Traditional | A | Interest | K | T | Distributed (part) | 12/03/18 | J | | |
| 220. -CREF Equity Index R3 | | None | M | T | Distributed (part) | 12/03/18 | J | | |
| 221. -CREF Global Equities R3 | | None | L | T | Distributed (part) | 12/03/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -Vanguard Total Stock Mkt Index | A | Dividend | L | T | Distributed (part) | 12/03/18 | J | | |
| 223.  -TIAA Real Estate | | None | L | T | Distributed (part) | 12/03/18 | J | | |
| 224.  Pension Plan Acct. TIAA-CREF #2 (see Part VIII. Add'l Information) | | | | | | | | | |
| 225.  -TIAA Traditional | A | Interest | L | T | Distributed (part) | 03/28/18 | J | | |
| 226. | | | | | Distributed (part) | 12/28/18 | J | | |
| 227.  -CREF Stock R3 | | None | M | T | Distributed (part) | 03/28/18 | J | | |
| 228. | | | | | Distributed (part) | 12/28/18 | J | | |
| 229.  -CREF Growth R3 | | None | N | T | Distributed (part) | 03/28/18 | J | | |
| 230. | | | | | Distributed (part) | 12/28/18 | J | | |
| 231.  -CREF Equity Index R3 | | None | O | T | Distributed (part) | 03/28/18 | K | | |
| 232. | | | | | Distributed (part) | 12/28/18 | K | | |
| 233.  -CREF Global Equities R3 | | None | N | T | Distributed (part) | 03/28/18 | J | | |
| 234. | | | | | Distributed (part) | 12/28/18 | J | | |
| 235.  -TIAA Real Estate | | None | M | T | Distributed (part) | 03/28/18 | J | | |
| 236. | | | | | Distributed (part) | 12/28/18 | J | | |
| 237.  401K Plan | | | | | | | | | |
| 238.  -First Eagle Over A Fund | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Oakmark Equity & Income J Fund | E | Dividend | M | T | | | | | |
| 240. -Laudus Growth Investors | D | Dividend | L | T | | | | | |
| 241. -Janus Triton Fund | D | Dividend | M | T | | | | | |
| 242. -MFS Midcap Fund | D | Dividend | M | T | | | | | |
| 243. -Parnassus Core Equity Fund | D | Dividend | M | T | | | | | |
| 244. 1/2 unit ltd. partnership int. in Falls Development Assoc., ltd real | | None | K | R | | | | | |
| 245. estate partnership purchased 12/30/85; total of $16,489.50 pd in | | | | | | | | | |
| 246. installments completed 2/10/90 | | | | | | | | | |
| 247. IRA Brokerage Acct RBC Wealth Mgt | | | | | | | | | |
| 248. -RBC deposits | A | Interest | J | T | | | | | |
| 249. -Cross Timbers Royalty Trust | A | Dividend | | | Sold | 04/02/18 | J | | |
| 250. -Permian Basin Royalty Trust | A | Dividend | | | Sold | 04/02/18 | J | | |
| 251. -Goldman Sachs Group bond | A | Dividend | | | Sold | 04/02/18 | K | | |
| 252. -Franklin Inc. Funds | B | Dividend | K | T | | | | | |
| 253. -Neuberger Berman Real Estate Fund | A | Dividend | | | Sold | 04/02/18 | K | | |
| 254. -Fundamental Invs Inc. | B | Dividend | J | T | Buy | 04/02/18 | K | | |
| 255. -Thornburg Global Opportunities Fund | A | Dividend | J | T | Buy | 04/02/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/16/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  -Morgan Stanley Institutional Fund | A | Dividend | K | T | Buy | 04/02/18 | K | | |
| 257.  RBC Brokerage Acct for Estate of which I was Executor | | | | | | | | | |
| 258.  & family member is 1/3 beneficiary | | | | | | | | | |
| 259.  -RBC Wealth Mgt cash acct | | None | | | Closed | 04/18/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/16/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts

Line 191, Column D.(1): The investment fund was liquidated.

Lines 218 - 236: The "Distributions" are "required minimum distributions" from two 403(b) retirement plans. The gain is not reported on the statement provided, and I do not have the ability to calculate the gain.

Lines 220, 221, 223, 227, 229, 231, 233, 235, Column B.(2): The income is not reported on the statement provided.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ D.Brock Hornby**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544